**IN THE UNITED STATES COURT OF APPEALS**
**DISTRICT OF COLUMBIA CIRCUIT**

---

ETRAK İNŞAAT TAAHHÜT VE TİCARET ANONİM ŞIRKETİ,

*Plaintiff-Appellee,*

v.

STATE OF LIBYA,

*Defendant,*

NATIONAL OIL CORPORATION OF LIBYA,

*Non-Party-Appellant.*

Case No. 26-7197

---

**STATEMENT OF INTENT REGARDING DEFERRED JOINT APPENDIX**

Pursuant to this Court’s September 24, 2026 Order and D.C. Circuit Rule 30(c), Non-Party-Appellant National Oil Corporation of Libya (“NOC”) submits that it does not intend to utilize a deferred joint appendix in this appeal.

Dated: Washington, D.C.
October 26, 2026

CURTIS, MALLET-PREVOST,
COLT & MOSLE, LLP

/s/ *Joseph D. Pizzurro*
Joseph D. Pizzurro (D.C. Bar No. 468922)
Juan O. Perla (D.C. Bar No. 1660389)
Robert J. Groot (D.C. Bar No. NY0700)
1875 K Street NW, Suite 425
Washington, D.C. 20006
(202) 452-7373
jpizzurro@curtis.com
jperla@curtis.com
rgroot@curtis.com

*Attorneys for Non-Party National Oil Corporation of Libya*