**IN THE UNITED STATES COURT OF APPEALS**
**DISTRICT OF COLUMBIA CIRCUIT**

ETRAK İNŞAAT TAAHHÜT VE TİCARET ANONİM ŞIRKETİ,

*Plaintiff-Appellee,*

v.

STATE OF LIBYA,

*Defendant,*

NATIONAL OIL CORPORATION OF LIBYA,

*Non-Party-Appellant.*

Case No. 26-7197

## STATEMENT OF ISSUES TO BE RAISED

Pursuant to this Court's September 24, 2026 Order, Non-Party-Appellant National Oil Corporation of Libya ("NOC") submits this statement of issues to be raised in this appeal from the District Court's Order dated September 4, 2026 (ECF No. 106) ("Order") denying NOC's Motion for Protective Order without prejudice and granting Etrak İnşaat Taahhüt Ve Ticaret Anonim Şirketi ("Etrak") "jurisdictional discovery" into NOC to assess whether NOC is the "alter ego" of the State of Libya ("Libya"). The following issues are to be raised on appeal:

1. Whether the district court's denial of non-party NOC's Motion for Protective Order, refusal to quash Etrak's subpoenas directed at non-party NOC and its employees, and order of "jurisdictional discovery" against NOC violated NOC's sovereign immunity under the Foreign Sovereign Immunities Act.

2. Whether the district court also erred in ordering "jurisdictional discovery" against non-party NOC because the district court, in any and all events, lacks ancillary jurisdiction to

adjudicate an attempt to shift liability on the judgment on the theory that non-party NOC is the alter ego of Libya.

Dated: Washington, D.C.
October 26, 2026

CURTIS, MALLET-PREVOST,
COLT & MOSLE, LLP

/s/ *Joseph D. Pizzurro*
Joseph D. Pizzurro (D.C. Bar No. 468922)
Juan O. Perla (D.C. Bar No. 1660389)
Robert J. Groot (D.C. Bar No. NY0700)
1875 K Street NW, Suite 425
Washington, D.C. 20006
(202) 452-7373
jpizzurro@curtis.com
jperla@curtis.com
rgroot@curtis.com

*Attorneys for Non-Party*
*National Oil Corporation of Libya*