**Curtis, Mallet-Prevost, Colt & Mosle LLP**

Astana
Bogotá
Brussels
Budapest
Buenos Aires
Dubai
Frankfurt
Geneva
Houston
London
Mexico City
Milan
Muscat
New York
Paris
Riyadh
Rome
Tashkent

1875 K St N.W. Suite 425
Washington, D.C. 20006

**Telephone +1 202 452 7373**
**Facsimile +1 202 452 7333**
www.curtis.com

**Joseph D. Pizzurro**
Tel: +1 212 696 6196
Fax: +1 917 368 8996
E-Mail: jpizzurro@curtis.com

October 28, 2026

Clifton Cislak, Esq.
Clerk, U.S. Court of Appeals
for the District of Columbia Circuit
333 Constitution Avenue, N.W.
Washington, D.C. 20001

**Re: *Etrak İnşaat Taahhüt Ve Ticaret Anonim Şirketi v. State of Libya*,**
**Case No. 26-7197—Notice of Non-participation in this Appeal**

Dear Mr. Cislak:

Case No. 26-7197 is an appeal from an order issued by the U.S. District Court for the District of Columbia in Case No. 1:22-cv-00864 (JMC) (ECF No. 106) denying a motion for a protective order filed by Non-Party-Appellant National Oil Corporation of Libya ("NOC"). The State of Libya ("Libya") is the defendant before the district court, but has not appealed that order.

Libya therefore does not intend to participate in Case No. 26-7197, and counsel for Libya will not appear on behalf of Libya in Case No. 26-7197.

Respectfully submitted,

*/s/ Joseph D. Pizzurro*
Joseph D. Pizzurro
Partner
CURTIS, MALLET-PREVOST,
COLT & MOSLE, LLP

*Counsel for the State of Libya in the District Court*