[ORAL ARGUMENT NOT YET SCHEDULED]

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| ETRAK İNŞAAT TAAHHÜT VE TİCARET ANONİM ŞİRKETİ,<br><br>Plaintiff-Appellee,<br><br>-against-<br><br>THE STATE OF LIBYA,<br><br>Defendant-Appellee,<br><br>NATIONAL OIL CORPORATION OF LIBYA,<br><br>Movant-Appellant. | Case No. 26-7197<br><br>On Appeal from the U.S. District Court for the District of Columbia, Case No. 1:22-cv-00864-JMC (Hon. Jia M. Cobb, U.S. District Judge) |

**PLAINTIFF-APPELLEE'S CERTIFICATE OF COMPLIANCE UNDER RULE 32(e)(2)(C) FOR THE MOTION TO DISMISS APPEAL**

Plaintiff-Appellee Etrak İnşaat Taahhüt Ve Ticaret Anonim Şirketi ("Etrak") provides this certification in conjunction with its Motion to Dismiss National Oil Corporation of Libya's Appeal for lack of jurisdiction filed November 9, 2026.

**CERTIFICATE OF COMPLIANCE**

I hereby certify under Rule 32(e)(2)(C) that the Motion to Dismiss National Oil Corporation of Libya's Appeal that I filed on November 9, 2026,

on behalf of Plaintiff-Appellee Etrak was produced using a computer, contained 4,034 words, and was therefore in compliance with the 5,200-word limit provided by Rule 27(d)(2)(A).

*<u>/s/ Molly L. Wells</u>*
Molly L. Wells

**DATED:** November 10, 2026

Respectfully submitted,

*<u>/s/ Molly L. Wells</u>*

Molly L. Wells
Benjamin D. Reichard
**Fishman Haygood LLP**
201 St. Charles Ave., Suite 4600
New Orleans, LA 70170
Tel.: (504) 556-5505
Fax: (504) 586-5250
mwells@fishmanhaygood.com
breichard@fishmanhaygood.com

Charles Owen Verrill, Jr., Esq.
Bar No. 13245
Verrill Advocacy, LLC
Suite M-100
1055 Thomas Jefferson St. NW
Washington, D.C. 20007
(202) 390-8245
charlesverrill@gmail.com

*Counsel for Plaintiff-Appellee Etrak*

**CERTIFICATE OF SERVICE**

I certify that on November 10, 2026, I filed the foregoing via the appellate CM/ECF system of the United States Court of Appeals for the District of Columbia Circuit and that service will be accomplished by the appellate CM/ECF system.

*/s/ Molly L. Wells*
Molly L. Wells